K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>MAJOR SINGH SEKHON dba BAG O BAG FOOD STORE, et al.<br><br>    Defendants. | No.  1:11-CV-00903-AWI-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Major Singh Sekhon dba Bag O Bag and Avtar Singh, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 30, 2011                             MOORE LAW FIRM, P.C.


                                                                    /s/Tanya E. Moore
                                                                    Tanya E. Moore
                                                                    Attorney for Plaintiff Natividad Gutierrez

///

Date: December 30, 2011 FISHER & PHILLIPS LLP

/s/ James Fessenden
James Fessenden, Attorneys for
Defendants Major Singh Sekhon dba Bag
O Bag Food Store and Avtar Singh

**ORDER**

The parties having stipulated to dismiss this action pursuant to Rule 41, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   December 30, 2011
_____
CHIEF UNITED STATES DISTRICT JUDGE